UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JEFFREY COHEN,                                   Case No.

    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES,
LLC.

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, Cavalry Portfolio Services, LLC ("Cavalry"), by and through its undersigned counsel, submits this Notice of Removal pursuant to 28 U.S.C. § 1331, 1441(a) and 1446. As grounds for this removal, Cavalry represents as follows:

1. On July 9, 2021, Plaintiff, Jeffrey Cohen ("Plaintiff") filed a civil action complaint against Cavalry in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida bearing case number 2021-020645-CC-05 and styled as *Jeffrey Cohen v. Cavalry Portfolio Services, LLC* (the "State Court Action").

2. A true copy of the State Court Action Docket Report is attached hereto as Exhibit A. A true copy of the Complaint is attached hereto as Exhibit B.

3. Cavalry was served with the Complaint on or about August 11, 2021.

4. As such, this notice is timely filed with this Court pursuant to 28 U.S.C. § 1446(b).

5. The Complaint seeks, inter alia, damages for injuries allegedly arising from violations of the federal Fair Debt Collection Practices Act (hereinafter referred to as the

"FDCPA") 15 U.S.C. § 1692 et seq. and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55, et seq. ("FCCPA"). *See* Exhibit B.

6. The District Courts of the United States have original jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1331, as it involves a federal question with regards to the alleged violations of the FDCPA, 15 U.S.C. § 1692 *et seq*.

7. Pursuant to 28 U.S.C. § 1441(a), any such civil action brought in a State court may be removed, but only to the district court of the United States for the district and division embracing the place where such action is pending.

8. As required by 28 U.S.C. § 1446(d), Cavalry is providing written notice of the removal of this action to Plaintiff and to the court in the State Court Action contemporaneously with filing this Removal.

9. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit B is an accurate copy of the State Court Action Complaint and attached as Exhibit C are all remaining state court documents filed in the State Court Action as of the filing of this Removal.

10. Therefore, Cavalry by this notice seeks removal to the United States District Court for the Southern District of Florida, which embraces the location of the pending Complaint.

11. Furthermore, this Court will have pendent jurisdiction over any other state claims asserted or that may be asserted by the Plaintiff.

WHEREFORE, Defendant, Cavalry Portfolio Services, LLC requests that the State Court Action be removed from state court to this Court, and that this Court assume jurisdiction over the action and determine it on the merits.

Dated:  August 26, 2021,  Respectfully submitted,

**CAVALRY PORTFOLIO SERVICES, LLC,**

By:  /s/ Christopher P. Hahn
Christopher P. Hahn, Esq.
MAURICE WUTSCHER LLP
Florida Bar No. 87577
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Direct: (772) 237-3410
Fax: (866) 581-9302
chahn@MauriceWutscher.com
litigation@MauriceWutscher.com

**Certificate of Service**

The undersigned hereby certifies that on this **26th day of August, 2021**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

/s/ Christopher P. Hahn