UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-23090-CIV-MARTINEZ-BECERRA

JEFFREY COHEN,

    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Plaintiff brings a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b). (ECF No. 1-2 ¶¶ 28, 35). The question as to whether claimants have Article III standing to bring a claim under section 1692c(b), however, is pending before the Eleventh Circuit's en banc rehearing in *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021). After careful consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This case is **STAYED** pending the Eleventh Circuit's opinion after rehearing en banc of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021).

    2.    The Parties shall file a joint status report w**ithin seven days** of the issuance of an opinion in *Hunstein*.

    3.    This case is **CLOSED for administrative purposes**. All pending motions are **DENIED as moot**. This shall not affect the substantive rights of the parties.

    DONE AND ORDERED in Chambers at Miami, Florida this 16th day of December, 2021.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record